UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

SLOBODAN PETKOVIC,  §
TDCJ 1368070, §
         Plaintiff, §
 §
*versus* §     CIVIL ACTION H-07-1405
 §
JOHN S. ANDERSON, *et al.*, §
 §
         Defendants. §

# Opinion on Dismissal

Slobodan Petkovic sues the Texas Fourteenth Court of Appeals and its ten judges under 42 U.S.C. § 1983. Petkovic says the judges conspired to deprive him of his constitutional rights in their rulings in his appeal of his criminal conviction. He seeks compensatory and punitive damages, and a declaratory judgment.

Judges are immune from liability for damages when acting in their official capacities. *Stump v. Sparkman*, 435 U.S. 349, 356-57 (1978). Petkovic does not state a claim recognized at law. This case will be dismissed. 28 U.S.C. § 1915A(b)(1).

The Texas Department of Criminal Justice will deduct 20% of each deposit made to Petkovic's inmate trust account and pay this to the court regularly, provided the account exceeds $10, until the $350 filing fee is paid.  The clerk will send a copy to the Inmate Trust Fund, P.O. Box 629, Huntsville, Texas 77342-0629, Fax: 936-437-4793, and to the District Clerk for the Eastern District of Texas, Tyler Division, 211 West Ferguson, Tyler, Texas 75702, Three Strikes List.

Signed on May 9, 2007, at Houston, Texas.

                         _____
                                Lynn N. Hughes   USDJ
                              United States District Judge